

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00048-CV

2008 DODGE CHARGER VIN: 2B3KA33G08H107980,
TEXAS LICENSE NO. KSP3489, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 18C274

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See*

TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     September 23, 2019
Date Decided:     September 24, 2019